UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-05919-MCS-SSC Date: October 19, 2026

Title Jorge Aguilar v. Acting or Current Warden, Adelanto ICE Processing Center, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause re Respondents' Failure to File an Answer**

On October 5, 2026, Petitioner Jorge Aguilar filed a *pro se* petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) This appears to be Petitioner's second petition. In the first, Respondents appeared and filed an answer opposing the petition. *Jorge Aguilar v. Fereti Semaia, et al.,* No. 5:26-cv-00023-MCS-SSC, Dkt. No. 33 (C.D. Cal. filed Mar. 2, 2026). The District Judge accepted this Court's Report and Recommendation recommending denial of the petition. *Id.* at Dkt. No. 42.

On October 7, 2026, the Clerk issued a notice of General Order 26-05, which sets the governing briefing schedule in this case. (ECF 5.) The briefing schedule required Respondents to file an answer to the petition no later than October 14, 2026. The deadline to file an answer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-05919-MCS-SSC | Date: | October 19, 2026 |
| Title | Jorge Aguilar v. Acting or Current Warden, Adelanto ICE Processing Center, et al. | | |

to the petition has passed, and the Court has not received an answer or any other communication from Respondents.

Accordingly, Respondents are ORDERED TO SHOW CAUSE, in writing, by **October 21, 2026**, why the Court should not deem the amended petition unopposed based on Respondents' failure to file an answer.

If Respondents file an answer no later than **October 21, 2026,** this order to show cause will be discharged automatically, and Respondents need not respond to it separately.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**